# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

September 29, 2010

The Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     United States v. Hassan McGhie 04-CR-58 (NG)

Your Honor:

I write to request that CJA counsel be appointed to represent Mr. McGhie.

At the status conference on Monday, September 27, 2010, Mr. McGhie informed the Court that he would like to make an application to withdraw his guilty to plea. The Court allowed Mr. Mcghie a further opportunity to consider whether he did in fact wish to make such an application. I spoke with Mr. McGhie on Wednesday morning, September 29, 2010. Mr. Mcghie informed me that he does wish to make an application to withdraw his plea. As Your Honor indicated at the last status conference, because I represented and advised Mr. Mcghie at the time of the plea, new counsel must be appointed to make such an application.

I thank you in advance for your consideration in this matter.

Respectfully submitted,

Michelle A. Gelernt
Staff Attorney
(718) 330-1204

cc:     Clerk of the Court
        Colleen Kavanagh, AUSA
        Victoria Main, USPO
        Mr. Hassan Mcghie